IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARY BERRY-HOBBS,                )
                                 )
            Plaintiff,           )
                                 )
    v.                           )          1:15CV1103
                                 )
CAROLYN W. COLVIN,               )
Acting Commissioner of Social    )
Security,                        )
                                 )
            Defendant.           )

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 6, 2016, was served on the parties in this action. Plaintiff objected to the Recommendation (Doc. 16), and the Commissioner responded (Doc. 17).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment Reversing the Commissioner (Doc. 8) is DENIED, and that Defendant's Motion for Judgment on the Pleadings (Doc. 11) is GRANTED. A judgment for Defendant will be entered contemporaneously with this Order.

          /s/  Thomas D. Schroeder
          United States District Judge

October 11, 2016